Phillip M. Sims (SBN:51590)
P. Sophie Mai (SBN: 254361)
SIMS & LAYTON
84 W. Santa Clara St., #660
San Jose, CA 95113
(408) 998-3400

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES WELFARE FUND; AUTOMOTIVE INDUSTRIES PENSION FUND; JIM BENO, TRUSTEE<br><br>Plaintiffs,<br><br>v.<br><br>SUNNYVALE AUTO BODY, INC., a California Corporation<br><br>Defendant. | CASE NO.:C-09-3389 EMC<br><br>**STIPULATION AND [PR~~O~~POSED] ORDER REGARDING RESCHEDULING OF CASE MANAGEMENT CONFERENCE**<br><br>DATE: October 28, 2009<br>   1:30 PM , Courtroom: C, 15th Floor<br><br>PROPOSED DATE: December 2, 3009<br>   1:30 PM , Courtroom: C, 15th Floor<br><br>The Honorable Edward M. Chen |

**REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE**

On August 23, 2009, Plaintiff's counsel filed a complaint on Plaintiff's behalf demanding payment by Defendant of alleged unpaid contributions to the Automotive Industries Trust Fund. Defendant was not served with the complaint until Monday September 28, 2009. The parties request that the court continue the Case Management Conference to December 2, 2009 to allow Defendant's counsel an opportunity to explore potential resolution of the issues with Plaintiff's counsel and so that the Court and the parties will be better informed regarding the status of the case.

Stip and Proposed Order Rescheduling CMC_ Case no: 9-3389 EMC         1

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS :

The Case Management Conference currently scheduled for October 28, 2009 shall be continued and rescheduled for December 2, 2009 at 1:30 PM.

Respectfully Submitted ,

SIMS & LAYTON

Date October 7, 2009         */s/ Phillip M. Sims*
                             PHILLIP M. SIMS
                             P. SOPHIE MAI
                             *Attorneys for Defendant*

Date: October 7, 2009        ERSKINE & TULLEY

                             */s/ Michael Carroll*
                             MICHAEL CARROLL
                             *Attorneys for Plaintiff*

## **ORDER**

Pursuant to the parties' stipulation, the Court hereby orders that the Case Management Conference currently set for Wednesday October 28, 2009 shall be rescheduled for Wednesday December 2, 2009 at ~~1:30 PM~~ 2:30 p.m. A Joint CMC statement shall be filed by 11/25/09.

IT IS SO ORDERED.

Date  10/13/09                              _____
                                            Hon. Edward M. Chen
                                            Magistrate Judge
                                            US District Court

Stip and Proposed Order Rescheduling CMC_ Case no: 9-3389 EMC                2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28