```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (STATE BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431
Facsimile:  (415) 392-1978

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES PENSION FUND, et al. )<br>)<br>)<br>           Plaintiffs, )<br>)<br>    vs. )<br>)<br>SUNNYVALE AUTO BODY, INC., etc. )<br>)<br>           Defendant. )<br>_____) | NO. C 09 3389 EMC<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER |

Settlement discussions taking more time than anticipated, IT IS STIPULATED to continue the Case Management Conference from December 2, 2009 at ~~1:30 p.m.~~ 2:30 p.m. to January 27, 2010 at ~~1:30 p.m.~~ 2:30 p.m.

DATED: 11/25/09                    /s/Michael J. Carroll
                                   Michael J. Carroll
                                   Attorneys for Plaintiffs

DATED: 11/25/09                    /s/Sophie Mai
                                   P. Sophie Mai
                                   Attorneys for Defendant

                         Order
              IT IS SO ORDERED.

DATED: 11/25/09
                                   _____
                                   Honorable Edward M. Chen

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER**

*IT IS SO ORDERED AS MODIFIED*
/s/ Edward M. Chen
Judge Edward M. Chen