ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431
Facsimile:  (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE AUTOMOTIVE ) NO.  C 09 3389 EMC
INDUSTRIES PENSION FUND, AUTOMOTIVE )
INDUSTRIES WELFARE FUND, JIM BENO, )
TRUSTEE,                            ) JUDGMENT PURSUANT TO
                                    ) STIPULATION
                Plaintiffs,         )
                                    )
         vs.                        )
                                    )
SUNNYVALE AUTO BODY, INC., etc.,    )
                                    )
                Defendant.          )
_____)

It appearing that Plaintiff BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES PENSION FUND, AUTOMOTIVE INDUSTRIES WELFARE FUND; JIM BENO, TRUSTEE, and defendant, SUNNYVALE AUTO BODY, INC., a California corporation, have entered into a stipulation which provides for judgment against defendant in the amount of $16,186.00,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES PENSION FUND, AUTOMOTIVE INDUSTRIES WELFARE FUND; JIM BENO, TRUSTEE, have and recover judgment against defendant, SUNNYVALE AUTO BODY, INC., a California corporation, in the amount of $16,186.00, which amount is composed of the following:

1. A settlement amount of contributions and testing fees due for the period January 1, 2004 through June 30, 2009 based on a payroll audit of defendant's books and records, plus costs. The total amount due is $16,186.00

IT IS FURTHER ORDERED AND ADJUDGED and agreed by the parties hereto that an abstract of judgment will be recorded but execution will not issue on the judgment so long as defendant fully complies with the following condition:

1. Defendant shall pay the amount of the judgment in thirteen equal monthly installments of $1,245.07 commencing on January 20, 2010 and continuing on the twentieth (20th) of each of the thirteen (13) months thereafter until the full amount of the judgment is paid. Each of said payments will be made by check payable to the AUTOMOTIVE INDUSTRIES TRUST FUND and should be sent to ERSKINE & TULLEY, 220 Montgomery Street, Suite 303, San Francisco, CA 94104, attention Michael Carroll.

IT IS FURTHER ORDERED AND ADJUDGED and agreed by the parties hereto that upon the failure of defendant to make any of the payments in a timely manner as required above, execution on the judgment shall issue after 10 days written notice to the Defendant and Defendant's counsel that Plaintiffs or Plaintiffs' attorney declare a default and intend to file a Declaration stating that a default has occurred on the part of the defendant. Defendant waives notice of any hearing held by the court upon the earlier execution of this judgment or Plaintiffs' declaration.

Plaintiffs and Defendant each understand and agree that any modification of payments must be made in writing and agreed to by both the Plaintiffs and the Defendant.

This Judgment shall cover only the amounts paid pursuant to this Stipulated Judgment.

JUDGMENT PURSUANT TO STIPULATION
2

1 | Dated: _____1/19_____, 2010
2 | _____
3 | Honorable Edward M. Chen
4 |
5 | *IT IS SO ORDERED*
6 | *Judge Edward M. Chen*
7 |
...
28 |

JUDGMENT PURSUANT TO STIPULATION
3