```
 1  PHILIP M. MILLER (SBN 87877)
    MICHELLE L. SICULA (SBN 160598)
 2  ANNE M. BEVINGTON (SBN 111320)
    SALTZMAN & JOHNSON LAW CORPORATION
 3  44 Montgomery Street, Suite 2110
    San Francisco, CA 94104
 4  Telephone: (415) 882-7900
    Facsimile: (415) 882-9287
 5  pmiller@sjlawcorp.com
    msicula@sjlcorp.com
 6  abevington@sjlawcorp.com
 7
 8  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES WELFARE FUND, et al., | Case No.: CV 09-03389 EMC |
|---|---|
| Plaintiffs, | SUBSTITUTION OF ATTORNEYS |
| v. | |
| SUNNYVALE AUTO BODY, INC. | |
| Defendant. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD,

PLEASE TAKE NOTICE that Plaintiffs BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES WELFARE FUND, AUTOMOTIVE INDUSTRIES PENSION FUND, JIM BENO, TRUSTEE, hereby make the following substitution of attorneys:

Former Attorneys:   ERSKINE & TULLEY
                    A PROFESSIONAL CORPORATION
                    MICHAEL J. CARROLL (St. Bar #50246)
                    220 Montgomery Street, Suite 303
                    San Francisco, CA  94104

should be removed and, consequently, should no longer receive notice of e-filings.

- 1 -   SUBSTITUTION OF ATTORNEYS;
CASE NO. C-09-4945 JL

1 | Plaintiffs' new co-counsel of record will be:

2 | PHILIP M. MILLER (St. Bar #87877)
  | SALTZMAN & JOHNSON LAW CORPORATION
3 | 44 Montgomery Street, Suite 2110
4 | San Francisco, CA 94104
  | Telephone: (415) 882-7900
5 | Facsimile: (415) 882-9787
  | Email pmiller@sjlawcorp.com
6
7 | The following attorneys consent to this substitution:

8 | Dated: April 28, 2011                ERSKINE & TULLEY
                                         A PROFESSIONAL CORPORATION
9
                                         _____/S/_____
10                                       MICHAEL J. CARROLL
                                         Former Attorneys for Plaintiffs
11                                       Board of Trustees of the Automotive Industries
12                                       Welfare Fund, et al.

13
14 | Dated: April 28, 2011               SALTZMAN & JOHNSON LAW CORPORATION

                                         _____/S/_____
15                                       PHILIP M. MILLER
                                         New Attorneys for Plaintiffs
16                                       Board of Trustees of the Automotive Industries
17                                       Welfare Fund, et al.

18
        The Plaintiffs Board of Trustees of the Automotive Industries, et al., hereby consent to the
19
   above substitution.
20
21 | Dated: _____                BOARD OF TRUSTEES OF THE AUTOMOTIVE
                                         INDUSTRIES WELFARE FUND, et al.
22
                                         _____/S/_____
23                                       JAMES H. BENO, Trustee

24
25 | IT IS SO ORDERED.
26
   | Dated: May 2, 2011
27                                       MAGISTRATE ... CHEN
                                         UNITED S...
28

IT IS SO ORDERED
Judge Edward M. Chen

...ATTORNEYS;
CASE NO. CV 09-03389 EMC

P:\CLIENTS\AUTCL\CASES\SUNNYVALE AUTO BODY\PLEADINGS\Subst of Atty 4281...